UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In Re:                                    *         Case No. 04-82378
                                          *
ANNIE F. FORD,                            *
        Debtor                            *

United States District Court
Southern District of Texas
FILED

NOV 1 6 2004

Michael N. Milby, Clerk

Robert Grant's Notice of Issuance of Document Subpoena

        Robert Grant hereby gives notice of the issuance of a document subpoena directed to a
non-party for the production of documents and records in connection with this matter, as follows:
Rob L. Meadors, authorized representative of Western Surety Company, C. N. A. Surety, 101 S.
Phillips Avenue, Sioux Falls, SD 57104, commanding the production of the documents identified
on the attached Exhibit A with the date, time, and location to be set with the witness named
therein.

                            Respectfully submitted,

                            _John S. Fason_
                            John S. Fason
                            SBN 06849280
                            550 Westcott, Suite 420
                            Houston, TX 77007
                            713-296-9242 Facsimile 713-8804602
                            Attorney for Robert Grant

Certificate of Service :
I hereby certify that a true and correct copy of the foregoing instrument, with all attached
exhibits, has been mailed, first class, postage paid, to the following:
   (1)  Trustee, Robbye R. Waldron, 15150 Middlebrook Drive, Houston, Texas 77058;
   (2)  Mr. Frank G. Waltermire, 608 N. Front Street, Angleton, TX 77515;
   (3)  Ms. Annie Ford, 15202 Carsen Bend Drive, Houston, TX 77049;
   (4)  JP Morgan Chase Bank, PO Box 2558, Houston, TX 77252;
   (5)  Avaya Financial Services, PO Box 463, Livingston, NJ 07039;
   (6)  Chevron, PO Box 2001, Concord, CA 94529;
   (7)  Cia Services, 5616 F.M. 1960 East, Humble, TX 77346;
   (8)  Fleet Management, PO Box 9010, Des Moines, IA 50368;
   (9)  Ms. Elaine McAnelly, PO Box 2558 (4-CBBN-45), Houston, TX 77252;
   (10) Horizon Bank, 1500 N. Wayside, Houston, TX 77020;
   (11) U.S. Trustee's Office, 515 Rusk, Suite 3401, Houston, TX 77208;
   (12) Ms. Felicia M. Sanov, 1900 St. James Place, Suite 500, Houston, TX 77056;
   (13) Home Depot, PO Box 105980, Department 51, Atlanta, GA 30353;
   (14) Household Finance Corp./Beneficial, PO Box 1547, Chesapeake, VA 23320;
   (15) Mercedes Benz Credit, PO Box 2916, Milwaukee, WI 53201;
   (16) Mr. Michael R. O'Neal, 12841 Jones Rd., Suite 150, Houston, TX 77070;

(17) Sprint, PO Box 660092, Dallas, TX 75266;
(18) Startrust Federal Credit Union, PO Box 1188, Houston, TX 77251;
(19) The Smile Store, PO Box 541753, Houston, TX 77254

on the 15th day of November, 2004

John Fason

## Subpoena Exhibit A Duces Tecum

1. Western Surety Notary Bond 69079125N.

2. All notary bonds applicable to Annie Flanagan Ford a.k.a. Annie Ruth Ford as of February 22, 2002

3. Any liability, errors and omissions, and other third party claimant type insurance applicable to Annie Flanagan Ford a.k.a. Annie Ruth Ford as of February 22, 2002.